MAURICE L. SILVER, M.D., Plaintiff-Appellant, *v.* CASTLE MEMORIAL HOSPITAL, a Hawaii non-profit corporation, et al., Defendants-Appellees

No. 4998

June 15, 1972

RICHARDSON, C.J., ABE, LEVINSON AND KOBAYASHI, JJ., AND CIRCUIT JUDGE VITOUSEK IN PLACE OF MARUMOTO, J., DISQUALIFIED

*Per Curiam.* The petitions for rehearing are denied without argument.

*Joseph A. Ryan* (*Ryan & Ryan* of counsel) for plaintiff-appellant's petition.

*Dennis E. W. O'Connor* (*Anthony, Hoddick, Reinwald & O'Connor* of counsel) for Castle Memorial Hospital's petition.